

# United States District Court
# Eastern District of California

| |
|---|
| PATRICK YANEZ |

Plaintiff(s)

Case Number: | 1:25-cv-01911-KES-HBK |

V.

| |
|---|
| IQ DATA INTERNATIONAL, INC. |

Defendant(s)

ORDER APPROVING APPLICATION
FOR PRO HAC VICE

(Doc. 16)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tanairy D. Delgado hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
IQ DATA INTERNATIONAL, INC.

On May 11, 2026 (date), I was admitted to practice and presently in good standing in the Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/21/2026

Signature of Applicant: /s/ Tanairy Delgado

**Pro Hac Vice Attorney**

Applicant's Name: Tanairy D. Delgado

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: One North Wacker Dr., Suite 1600

City: Chicago   State: IL   Zip: 60606-2874

Phone Number w/Area Code: (773) 225-7756

City and State of Residence: Chicago, IL

Primary E-mail Address: tdelgado@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joel D. Brodfuehrer

Law Firm Name: GORDON REES SCULLY MANSUKHANI, LLP

Address: 5 Park Plaza, Suite 1100

City: Irvine   State: CA   Zip: 92614

Phone Number w/Area Code: (949) 623-6019   Bar #: 343092

## ORDER

The Pro Hac Vice Application (Doc. 16) is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 6, 2026

UNITED STATES MAGISTRATE JUDGE